**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**KWA MISTER,**

**Defendant.**                                        **No. 15-30006-DRH**

### ORDER

**HERNDON, District Judge**:

     Now before the Court is defendant motion to continue (Doc. 14). Defendant states that he needs additional time for to review discovery and for pretrial matters.   The government does not oppose the motion.   The Court being fully advised in the premises finds that defendant needs additional time.   The Court finds that pursuant to 18 U.S.C. §3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial.   The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

     Therefore, the Court **GRANTS** defendant's motion to continue (Doc. 14). The Court **CONTINUES** the jury trial scheduled for March 23, 2015 to **April 20, 2015 at 9:00 a.m.**   The time from the date the original motion was filed, March 9, 2015, until the date to which the trial is rescheduled, April 20, 2015, is

excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 9th day of March, 2015.

Digitally signed by
David R. Herndon
Date: 2015.03.09
13:21:39 -05'00'

**United States District Court**